UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANGELA M. MORGAN

CASE NO. 20-65889- PMB

CHAPTER 7

Debtor.

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Trustee's Report of No Distribution filed electronically on June 23, 2020.

This 4th day of August, 2020.

    /s/   S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060