

**IT IS ORDERED as set forth below:**

**Date: September 24, 2020**

*Paul Baisier*
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-65889-pmb |
| ANGELA M. MORGAN,<br>          Debtor. | CHAPTER:  7 |
| U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8,<br>          Movant,<br>v.<br><br>ANGELA M. MORGAN, Debtor,<br>S. GREGORY HAYS, Trustee,<br>          Respondent(s). | JUDGE:  HONORABLE PAUL BAISIER<br><br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY  (#21)

The above styled Motion filed, July 31, 2020 (Docket No. 21) was called for hearing on

September 14, 2020 upon Notice of Hearing to each of the above-captioned parties in interest.  The Motion was heard by the Court. Presented were Debtor's counsel, Howard Jay Kent who opposed the Motion and Bryce Noel, attorney for Movant. Upon consideration of the record and the argument of the parties;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 1849 Oakmont Drive NW, Atlanta, Georgia 30314.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are **NOT** waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Bryce Noel*
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: BNoel@aldridgepite.com

DISTRIBUTION LIST

Angela M. Morgan
51 Church Road
Stockbridge, GA 30281


Howard Jay Kent
The Kent Law Firm
Suite 600
3355 Lenox Road, NE
Atlanta, GA 30326


S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305