**IT IS ORDERED as set forth below:**



**Date: February 17, 2021**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELA M. MORGAN, | : | CASE NO. 20-65889-PMB |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| MOVANT. | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| KEVIN DONNELL PARKER, | : | |
| RESPONDENT. | : | |

### ORDER DISALLOWING FEE AND IMPOSING FINES
### AGAINST BANKRUPTCY PETITION PREPARER

On December 31, 2020, the United States Trustee filed a *Motion for Disallowance of Fee and Imposition of Monetary Sanctions for Violations of 11 U.S.C. § 110* [Dkt. No.

35] (the "Motion"). The Motion came on for hearing, after proper notice, on February 8, 2021. Thomas W. Dworschak appeared on behalf of the United States Trustee, and Robert Kent appeared on behalf of the Angela R. Morgan ("Debtor"). Respondent Kevin Darnell Parker ("Respondent") did not appear, failing to answer at the call of the calendar, and failing to respond to the Court's other requests for an appearance during the course of the hearing.

Pursuant to Federal Rules of Bankruptcy Procedure 7052 and 9014, at the conclusion of the hearing, the Court announced findings of fact and conclusions of law. Those findings and conclusions are incorporated into this Order. Upon review of the record and consideration of the comments of counsel, it is hereby:

ORDERED that the Motion is **granted**. The Court finds that Respondent acted as a non-attorney bankruptcy petition preparer by preparing for compensation four documents for filing in this case: *Voluntary Petition for Individuals Filing for Bankruptcy* [Dkt. No. 1]; *Application to Have the Chapter 7 Filing Fee Waived* [Dkt. No. 4]; *Statement of Financial Affairs for Individuals Filing for Bankruptcy, Schedules A through J, Statement of Intention for Individuals Filing Under Chapter 7, Summary of Your Assets and Liabilities and Certain Statistical Information, Declaration About an Individual Debtor's Signature, and Chapter 7 Statement of Your Current Monthly Income* [Dkt. No. 10]; and *Statement Regarding Payment Advices (11 U.S.C. §521(a)(1))* [Dkt. No. 11] (collectively, the "Documents"). The Court further finds that Respondent violated 11 U.S.C. § 110(b)(1) by not including his name, address, and signature on the Documents; that Respondent violated 11 U.S.C. § 110(c) by not including his social security number on the Documents; that Respondent violated 11 U.S.C. § 110(h)(2) by not filing a disclosure of his compensation together with Debtor's petition; and that Respondent engaged in deceptive and fraudulent conduct. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 110(l)(1), Respondent is fined $500 for each violation of 11 U.S.C. § 110(b)(1), for a total of $2,000; and it is further

ORDERED that, pursuant to 11 U.S.C. § 110(l)(1), Respondent is fined $500 for each violation of 11 U.S.C. § 110(c), for a total of $2,000; and it is further

ORDERED that, pursuant to 11 U.S.C. § 110(l)(1), Respondent is fined $500 for violation of 11 U.S.C. § 110(h)(2); and it is further

ORDERED that, because Respondent prepared documents in a manner that failed to his identity, the Court triples the amount of fines assessed against him pursuant to pursuant to 11 U.S.C. § 110(l)(2), for a total fine of **$13,500;** and it is further

ORDERED that Respondent shall pay the **$13,500** fine to the United States Trustee (362 Richard Russell Federal Building & U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta GA 30303) and shall certify completion of the payment on or before **May 17, 2021**, by filing a report with the Court in the above-captioned case indicating the date, amount, manner of delivery, and method of payment; and it is further

ORDERED that, pursuant to 11 U.S.C. § 110(h)(3)(B), because Respondent failed to comply with 11 U.S.C. § 110, all fees he charged Debtor are disallowed and Respondent shall disgorge $1,500 to Debtor and certify completion of the payment on or before March 22, 2021, by filing a report with the Court in the above-captioned case indicating the date, amount, manner of delivery, and method of payment; and

NOTICE IS GIVEN that, pursuant to 11 U.S.C. § 110(j)(2)(B), failure to comply with this Order may result in permanent injunction from acting as a bankruptcy petition preparer in cases filed in the United States Bankruptcy Court, Northern District of Georgia.

**END OF DOCUMENT**

Order prepared by:

*/s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov

## DISTRIBUTION LIST

Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Howard Jay Kent
The Kent Law Firm
Suite 600, 3355 Lenox Road, NE
Atlanta, GA 30326

Angela Morgan
51 Church Road
Stockbridge, GA 30281

Kevin Parker
3455 Ellington Way
Atlanta, Georgia 30349

Kevin Donell Parker
P.O. Box 4355
Atlanta, GA 30349

Kevin Donell Parker
79 Potomac Ave, SE Unit 619
Washington, D.C. 20003